UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
OFFICE OF
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RETURN TO SENDER
Not at this Address

Russell G. Ryan
Securities and Exchange Commission
450 Fifth Street, NW
Mail Stop 8-8
Washington, DC 20549

